UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAVID BRIDGES, ET AL.

VERSUS

PHILLIPS 66 COMPANY, ET AL.

CIVIL ACTION

NO. 13-477-JJB-SCR

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the court on the Plaintiffs David Bridges; John Courtney; Jerry Freeman, Sr.; Wyman Fuller; James Hardy; Terry Keith; Jerry Kitchens, Sr.; Randy Newsome, Sr.; Thomas Sullivan; and Willie Thompson's ("Plaintiffs") Motion (doc. 22) to Remand. In his Report and Recommendations (doc. 33), the Magistrate Judge found that the Plaintiffs' Motion to Remand should be denied, based primarily on the 2011 revisions to 28 U.S.C. § 1441. Subsequently, the Plaintiffs filed an Objection (doc. 39) to the Report and Recommendations.

After reviewing the Report and Recommendations and the parties' respective briefings on the matter, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 33).

Signed in Baton Rouge, Louisiana, on November 18, 2013.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA