UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID BRIDGES, ET AL.

VERSUS

PHILLIPS 66 COMPANY, ET AL.

CIVIL ACTION

NUMBER 13-477-JJB-SCR

**PARTIAL SCHEDULING ORDER**
**and**
**ORDER SETTING STATUS CONFERENCE**

A status conference was held on December 1, 2015.

PRESENT:  Daniel J. Poolson, Jr.
          Attorney for plaintiffs

          McGready L. Richardson
          Attorney for defendant
              Union Carbide Corporation

          Campbell E. Wallace
          Attorney for defendant
              Coastal Chemical Co.. L.L.C.

          E. Stuart Ponder
          Attorney for defendant
              ENSCO Offshore Company

          Jed M. Mestayer (by telephone)
          Attorney for defendant
              Nobel Drilling Corporation

          Christopher M. Hannan
          Attorney for defendant
              Murphy Exploration & Production Company

Counsel reported on the status of similar state court litigation, including how discovery is being conducted and how those cases are being set for trial.  Due to the way those cases

C:cv38a;T-:40

have been set for trial, conducting intensive discovery in this case at this time is not possible. Counsel agreed that all eleven remaining plaintiffs need to be deposed so that the parties can determine which claims can be settled expeditiously and which will require extensive medical discovery. Considering the time counsel will need to commit to the state court cases, counsel believe the plaintiffs' depositions can be completed in about six months. Counsel anticipate first deposing those plaintiff who worked for the fewest number of defendants, or the plaintiffs who worked for defendants with the fewest number of claims against them.

Counsel also discussed using a master set of written discovery requests, followed by discovery requests from individual defendants. This format was used in the state court cases, and counsel generally agreed that it should work in this case too.

Also, counsel for the plaintiffs advised that obtaining medical release authorizations may be problematic for some plaintiffs. However, counsel will endeavor to obtain medical release authorizations promptly so that the medical records can be obtained well before each plaintiff is deposed.

Therefore;

IT IS ORDERED that the following partial scheduling order is entered pursuant to Rule 16, Fed.R.Civ.P.

1. **All plaintiffs shall be deposed by June 1, 2016.**

The time limits set forth in this order shall not be modified

except by leave of court upon a showing of good cause.

**IT IS FURTHER ORDERED that this case is assigned for a status conference on June 1, 2016 at 11:00 a.m.** The purpose of the conference is to review the progress of discovery and the status of the state court cases, and to enter a full scheduling order if appropriate.

Baton Rouge, Louisiana, December 8, 2015.

```
                          STEPHEN C. RIEDLINGER
                          UNITED STATES MAGISTRATE JUDGE
```