U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 2 2016

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID BRIDGES, ET AL., Plaintiffs | CIVIL ACTION NO. 3:13-CV-00477 |
| VERSUS | JUDGE BRADY |
| CHEVRON PHILLIPS CHEMICAL COMPANY, LP, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

During a teleconference on June 1, 2016, the parties and the Court discussed the status of the litigation. The parties agreed to set a deadline for fact discovery and for production of the preliminary witness lists.

IT IS ORDERED that the deadline for fact discovery is June 1, 2017. IT IS FURTHER ORDERED that the deadline for Plaintiffs' to produce their witness lists is August 1, 2016 and the deadline for Defendants' to produce their witness lists is September 1, 2016.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 1st day of June, 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge